**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
INTERSTATE INVESTMENTS, LLC,

                       Plaintiff,

      -against-                                   25 **CIVIL** 8773 (JPO)

                                                **JUDGMENT**

MT. HAWLEY INSURANCE COMPANY.,

                       Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 4, 2026, Mt. Hawley's motion for judgment on the pleadings is GRANTED, and Interstate's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     May 5, 2026

                                         **TAMMI M. HELLWIG**

                                        **Clerk of Court**

                **BY:**

                                        **Deputy Clerk**